**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Arturo MARTINEZ–CORPUS,**
**Defendant–Appellant.**

No. 06–41291
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Arturo Martinez–Corpus appeals from his conviction of illegal reentry following deportation. He argues that the presumption of reasonableness given to sentences within the advisory guideline sentencing range has unconstitutionally reinstated the mandatory guideline sentencing system struck down in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). This court's rebuttable presumption that sentences within the guideline sentencing range are reasonable does not run afoul of *Booker. See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007).

In light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Martinez–Corpus challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**No. 06–41288**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.